**SANELE ALE, Appellant,**

v.

**PETER E. REID STEVEDORING, INC., et al., Appellees.**

High Court of American Samoa
Appellate Division

AP No. 19-95

April 9, 1997

Before RICHMOND, Associate Justice, GOODWIN,[*] Acting Associate Justice, WALLACE,[**] Acting Associate Justice, SAGAPOLUTELE, Associate Judge, and MAILO, Temporary Associate Judge.

Counsel: For Appellant, Marshall Ashley
For Appellees, Brian M. Thompson

RICHMOND, Associate Justice.

This is an appeal from an order on remand of the trial court. The trial court held that the appellant had failed to prove, by a preponderance of the evidence, that appellees had caused appellant's personal injury. The facts are fully set forth in the trial court's "Opinion and Order on Remand."

The judgment of the trial court on remand is affirmed for the reasons and on the grounds set forth in its "Opinion and Order on Remand."

It is so Ordered.

---

[*] Honorable Alfred T. Goodwin, United States Court of Appeals for the Ninth Circuit, serving by designation of the Department of the Interior.
[**] Honorable J. Clifford Wallace, United States Court of Appeal for the Ninth Circuit, serving by designation of the Department of the Interior.